UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **VENIDA HINES-MALONEY** | : | |
| Plaintiff | : | Civil Action No. 07-6153(KSH) |
| v. | : | |
| | : | |
| **THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY**, et al. | : | |
| Defendant | : | |
| **VIRGINIA HINES** | : | |
| Plaintiff | : | Civil Action No. 07-6154(JAG) |
| v. | : | |
| **PORT AUTHORITY OF NEW YORK AND NEW JERSEY, THE** | : | |
| | : | |
| Defendant | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court on its review of the docket;

and it appearing that a motion to dismiss the Complaint for lack of subject matter jurisdiction was filed in Civ. No. 07-6153, but was terminated because leave to file same had not been sought;

and it further appearing that the events in Civ. No. 07-6154 arising from the same facts as Civ. No. 07-6153;

and it appearing that a telephone conference among the parties in both cases will enable the Court to discuss the relationship between the cases and the existence of subject matter jurisdiction;

IT IS THEREFORE on this 8th day of April, 2008

ORDERED that there shall be a telephone conference on **April 15, 2008 at 1:00 p.m.** Defendant Port Authority shall initiate the telephone call.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE