UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VENIDA HINES-MALONEY, VIRGINIA HINES,

        Plaintiffs,

  v.

Civ. Action No. 07-6153 (KSH)

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, WARREN A. HODGES, ELRAC, INC.,

        Defendants

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    For the reasons stated in the opinion filed herewith,

    It is on this 25th day of August, 2008,

    **ORDERED** that the Port Authority's motion to dismiss (D.E.18) is **granted**. The Clerk's office is directed to close the matter.

                          /s/Katharine S. Hayden
                           Katharine S. Hayden
                           United States District Judge